**IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO**

IN RE: GILBERTO GONZALEZ SANCHEZ

Bankruptcy Number: 14-02016-MCF

Chapter 13

---

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: 03/16/2014

Days From Petition Date: 38

910 Days Before Petition: 09/16/2011

Chapter 13 Plan Date: 04/16/2014  ☐ Amended

This is Debtor(s) _____ Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____   Amount: $ _____

First Meeting Date: 04/23/2014 at 3:00PM

341 Meeting Date: 04/23/2014 at 3:00PM

Confirmation Hearing Date: 05/23/2014 at 1:30PM

Plan Base: $27,750.00   Plan Docket #14

This is the _____ scheduled meeting.

Total Paid In: $0.00

---

*APPEREANCES:   ☐ Telephone   ☐ Video Conference

Debtor: ☐ Present ☒ Absent ☐ ID & Soc. OK          Joint Debtor: ☐ Present ☐ Absent ☐ ID & Soc. OK

☐ Examined   ☒ Not Examined under Oath              ☐ Examined   ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present ☒ Present

Name of Attorney Present (Other than Attorney of Record):   Mateo

☐ Pro-se

☐ Creditor(s) Present   ☒ None

---

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: ROBERTO L MATEO RIVERA*

Total Agreed: $3,000.00   Paid Pre-Petition: $595.00   Outstanding (Through the Plan): $2,405.00

---

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☐ Under   ☐ Above Median Income          Liquidation Value: $ TBD

Commitment Period is   ☐ 36 months   ☐ 60 months §1325(b)(1)(B)          Projected Disp. Inc.: $ TBD

The Trustee:   ☐ NOT OBJECTS   ☐ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: ____ %

§341 Meeting ☐ CONTINUED ☑ NOT HELD ☐ DOCUMENT HELD PRIOR _____ DAYS

§341 Meeting Rescheduled for:_____

Comments: Debtor failed to appear, no payments and attorney lost contact with client.

---

*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

*TRUSTEE WILL FILE MOTION TO DISMISS:
-Failure to Appear
-Failure to Commence Payments

---

/s/ Jose R. Carrion, Esq.          Meeting Date: Apr 23, 2014
   **Trustee**

/s/ Juliel Perez, Esq.
   **Presiding Officer**